344 F.2d 962
 Noel CLEGG, Petitioner-Appellant,
v.
DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, Respondent-Appellee.
 No. 15269.
 United States Court of Appeals Third Circuit.
 Argued March 16, 1965.
 Decided March 24, 1965.
 
 Appeal from the United States District Court for the District of New Jersey; Reynier J. Wortendyke, Jr., Judge.
 Joseph B. Gordon, Baker, Garber & Chazen, Hoboken, N. J., for appellant.
 Vincent J. Commisa, Asst. U. S. Atty., Newark, N. J., for appellee.
 Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 This appeal, while zealously argued on behalf of appellant, is completely devoid of merit.
 
 
 2
 The judgment of the district court will be affirmed.